JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>$19,960.00 IN U.S. CURRENCY,<br><br>Defendant. | CASE NO. CV 11-02394 MMM (PLAx)<br><br>JUDGMENT FOR PLAINTIFF |

On June 6, 2013, the court granted the United States of America's motion for entry of default judgment. Accordingly,

IT IS ORDERED AND ADJUDGED that

    1. The defendant currency is forfeited to the United States; and

    2. The action is hereby dismissed.

DATED: June 6, 2013

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE